UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 12-20899-CIV-MORENO

TYWEE DWAYNE HURD,

    Plaintiff,

vs.

SERGEANT DURANT, *et al.*,

    Defendants.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on Defendants' Motion to Dismiss **(D.E. No. 28)**, filed on **June 7, 2012**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 42)** on **January 24, 2013**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues and notes that although an extension was granted to Plaintiff, he did not file objections to the Magistrate Judge's Report and Recommendation and the time for doing so has now passed. Being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 42)** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1)    Defendants' Motion to Dismiss is GRANTED, as to all claims against all defendants, because under 42 U.S.C. § 1997e(a), the complaint is subject to dismissal for lack of exhaustion of administrative remedies.

(2)     All pending motions are DENIED as moot and this case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 22nd day of March, 2013.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Patrick A. White

Counsel and Parties of Record